IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

RUSSELL DUNN                                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO.: 4:11cv16-WAP-DAS

KALEIGH COLLINS, ET AL.                                                                  DEFENDANTS

**ORDER STAYING DISCOVERY**

This matter is before the Court on the Motion of Defendant, Kaleigh Collins, to stay discovery until the parties have participated in the case management conference and a scheduling order has been approved by the court. Rule 26(d)(1) of the Federal Rules of Civil Procedure provides that a party may not seek discovery before the case management conference.

IT IS, THEREFORE, ORDERED that defendant's motion to stay discovery until after the case management conference (# 5) is hereby GRANTED.

SO ORDERED, this the 8th day of March 2011.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE